UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED A. JAMA,

                Plaintiff,

        v.

ERIN CHASE, *et al.*,

                Defendants.

No. C16-1785RSL

ORDER TO SHOW CAUSE

This matter comes before the Court *sua sponte*.  Proceeding *in forma pauperis*, see Dkt. ## 1, 3, plaintiff has filed a complaint alleging that an apartment manager kicked him out of an apartment because of his race and that the Seattle Housing Authority later discriminated against him by denying him housing assistance because of the first eviction.  The Court, having reviewed the record as a whole under the standards articulated in 28 U.S.C. § 1915(e)(2)(B) and having construed the allegations of the complaint liberally, see Bernhardt v. Los Angeles County, 339 F.3d 920, 925 (9th Cir. 2003), finds that plaintiff's complaint is deficient.  Pursuant to Fed. R. Civ. P. 8(a)(2), plaintiff must allege sufficient facts to raise a plausible inference that he is entitled to relief.  Although a complaint need not provide detailed factual allegations, it must give rise to something more than mere speculation that plaintiff has a right to relief.  Bell Atl. Corp. v. Twombly, 550 U.S. 544, 555 (2007).

Plaintiff's complaint does not contain allegations sufficient to state plausible constitutional claims under 42 U.S.C. § 1983.  Plaintiff sues Erin Chase and an apartment

ORDER TO SHOW CAUSE - 1

manager for racial discrimination, but his factual allegations do not mention Ms. Chase or explain how the apartment manager discriminated against plaintiff.  Moreover, the complaint does not allege that Ms. Chase or the apartment manager were acting under color of law, as is required for a claim under 42 U.S.C. § 1983.  Plaintiff also sues the Seattle Housing Authority for denying him an apartment, but does not allege enough facts regarding this denial to give rise to a plausible claim for racial discrimination.  Additionally, plaintiff's complaint is not signed, in violation of Fed. R. Civ. P. 11(a).

For the foregoing reasons, plaintiff is hereby ORDERED TO SHOW CAUSE why the complaint should not be dismissed for failure to allege facts that give rise to a plausible inference that relief is warranted.  Plaintiff shall, within twenty-eight (28) days of this order, file an amended complaint which remedies the deficiencies set forth above.  If an acceptable amended complaint is not filed within the time proscribed, this action will be dismissed without prejudice.

The Clerk of Court is directed to note this Order to Show Cause on the Court's calendar for February 22, 2017.

DATED this 25th day of January, 2017.

Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE - 2