UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAHAMED ALI JAMA,<br><br>            Plaintiff,<br><br>       vs.<br><br>CHASE ERIN AND MANAGER,<br><br>            Defendant. | NO.  C16-1785RSL<br><br>ORDER OF REFERENCE<br>Non-Dispositive Motion<br>Pending in Civil Case |

The Court hereby refers to United States Magistrate Judge Brian A. Tsuchida, pursuant to 28 U.S.C. §636(b)(1), Local Rule MJR 3, and Fed. R. Civ. P. 72(a), the following non-dispositive motion pending before this Court:

Plaintiff Motion for Court Appointed Counsel, Dkt. # 11.

The Magistrate Judge shall hear and determine such motion.  Any appeal from the determinations of the Magistrate Judge shall be in accordance with Fed. R. Civ. P. 72(a), 28 U.S.C. §636(b)(1)(A) and Local Rule MJR 3(b).

DATED this 22nd day of February, 2017.

*MMS Lasnik*
Robert S. Lasnik
United States District Judge

ORDER OF REFERENCE