UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAHAMED A. JAMA,

    Plaintiff,

  v.

ERIN CHASE, *et al.*,

    Defendants.

No. C16-1785RSL

ORDER OF DISMISSAL

  On or about January 25, 2017, plaintiff was ordered to amend his complaint to correct certain deficiencies, namely, his failure to allege facts plausibly supporting an inference of racial discrimination by state actors.  Dkt. # 7.

  Although plaintiff responded in a timely manner, Dkt. ## 9, 10, 13, his amendments do not correct the identified deficiencies.  To be actionable, an alleged deprivation of equal protection must be motivated by "some racial, or perhaps otherwise class-based, invidiously discriminatory animus."  Griffin v. Breckenridge, 403 U.S. 88, 102 (1971).  Though plaintiff states that he is a black man who experienced "racial problem[s]" at his former apartment, plaintiff does not provide any more details connecting defendants Erin Chase, an unnamed apartment manager, and the Seattle Housing Authority to this problem.  Thus, no class-based animus can be inferred from these facts alone.

ORDER OF DISMISSAL - 1

1    Plaintiff's amended complaint fails to state a claim upon which relief can be granted by a
2 federal court. The above-captioned matter is therefore DISMISSED without prejudice. The
3 Clerk of Court is directed to enter judgment accordingly.

5    DATED this 27th day of February, 2017.

*signature*

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL - 2